# Third District Court of Appeal

## State of Florida

Opinion filed April 16, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1051
Lower Tribunal No. 20-14985-FC-04
_____

**Melissa Johanna Salazar,**
Appellant,

vs.

**Carlos F. Franco,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marcia Del Rey, Judge.

Miguel San Pedro, for appellant.

No appearance, for appellee.[1]

Before LOGUE, C.J., and LINDSEY, and MILLER, JJ.

_____

[1] Appellee was precluded from filing an answer brief following our issuance of an order to show cause.

PER CURIAM.

Appellant, Melissa Johanna Salazar, the former wife, appeals from two final judgments of dissolution of marriage, along with a denial of rehearing, alleging the trial court erred in failing to render required statutory findings before awarding all of the marital business assets to appellee, Carlos Franco, the former husband. The first judgment contains factual findings but is rife with contradiction because the parties accidentally submitted a mid-negotiation draft order. The second judgment is similarly flawed in that it fails to comply with section 61.075(3), Florida Statutes (2022). Consequently, we are constrained to reverse and remand for further proceedings. See Callwood v. Callwood, 221 So. 3d 1198, 1201 (Fla. 4th DCA 2017) ("Reversible error occurs where 'the equitable distribution in the final judgment is not supported by factual findings with reference to the factors listed in section 61.075(1), as required by section 61.075(3) when a stipulation and agreement has not been entered and filed.'") (quoting Richardson v. Knight, 197 So. 3d 143, 146 (Fla. 4th DCA 2016)); see also Rodriguez v. Rodriguez, 994 So. 2d 1157, 1160 (Fla. 3d DCA 2008) ("The distribution of marital assets and liabilities must be supported by 'factual findings in the judgment or order based on competent substantial evidence

2

with reference to the factors enumerated in [section 61.075(1) ].'") (alteration

in original) (quoting § 61.075(3), Fla. Stat.).

Reversed and remanded.